1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Darren Gilbert

6

7

8

    **UNITED STATES DISTRICT COURT**

9

    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | DARREN GILBERT,              ) No. 1:22-cv-00438-AWI-SKO
                                  )
12 |             Plaintiff,       ) **PLAINTIFF'S REQUEST FOR**
                                  ) **CONTINUANCE OF MANDATORY**
13 |     vs.                      ) **SCHEDULING CONFERENCE; ORDER**
                                  )
14 | CHEVRON U.S.A., INC., et al.,)
                                  ) **(Doc. 10)**
15 |             Defendants.      )
                                  )
16                                )
                                  )
17                                )
                                  )
18

19      **WHEREAS,** a Mandatory Scheduling Conference in this matter is scheduled for August

20 2, 2022 at 9:45 a.m. (Dkt. 3);

21      **WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff") and Defendants Chevron U.S.A., Inc.,

22 Chevron Stations Inc., and First Riverbank L.P. (collectively "Defendants," and together with

23 Plaintiff, "the Parties"), have actively been engaging in settlement discussions, and Defendants

24 have provided to Plaintiff a Certified Access Specialist report for the subject property for the

25 purposes of settlement;

26      **WHEREAS,** Plaintiff has provided Defendants a comprehensive settlement demand,

27 consisting of injunctive relief based on the report provided by Defendants, in addition to

28 statutory damages, attorney's fees, and costs;

1 **WHEREAS,** counsel for Defendants has advised that she is presently out of the country
2 and unavailable to address Defendants' response to Plaintiff's settlement demand;

3 **WHEREAS,** Plaintiff has duly noticed an inspection of the subject property which is
4 scheduled to take place on August 25, 2022 at 1:00 p.m.;

5 **WHEREAS,** it is Plaintiff's understanding that the Parties intend to continue good faith
6 settlement efforts prior to Plaintiff's inspection, and if unable to reach settlement based on
7 Defendants' report, will resume such discussions after Plaintiff has conducted his inspection
8 and received his Certified Access Specialist consultant's written findings;

9 **WHEREAS,** Plaintiff wishes to conserve the Court's resources and counsel's time that
10 would be spent preparing for and attending the Mandatory Scheduling Conference, as this will
11 also help to facilitate settlement of the matter;

12 **WHEREAS,** Plaintiff provided a stipulation to continue the Mandatory Scheduling
13 Conference to counsel for Defendants on July 21, 2022, but has not received authorization to
14 file it with defense counsel's signature despite follow-up efforts, likely due to defense counsel
15 being out of the country;

16 **NOW, THEREFORE,** Plaintiff hereby requests that the Mandatory Scheduling
17 Conference be continued to a date on or after October 25, 2022, at the Court's convenience.

18
19 **IT IS SO STIPULATED.**
20
21 Dated: July 26, 2022                                    MOORE LAW FIRM, P.C.
22
23                                                         */s/ Tanya E. Moore*
                                                          Tanya E. Moore
24                                                         Attorney for Plaintiff,
                                                          Darren Gilbert
25
26
27
28

# **ORDER**

Having considered Plaintiff's foregoing request (Doc. 10) and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for August 2, 2022, is CONTINUED to November 8, 2022, at 10:30 A.M. before Magistrate Judge Sheila K. Oberto. The parties are to file their Joint Scheduling Report no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated: **July 27, 2022**               /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE