1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

DARREN GILBERT,

No.  1:22-cv-00438-AWI-SKO

12

Plaintiff,

13

v.

ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

14

CHEVRON U.S.A., INC., et al.,

15

(Doc. 12)

16

Defendants.

17
18
19

On September 27, 2022, the parties filed a joint stipulation dismissing the action with

20

prejudice.  (Doc. 12.)  In light of the parties' stipulation, this action has been terminated, *see* Fed.

21

R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has

been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

22
23

IT IS SO ORDERED.

24

Dated:   **September 28, 2022**                     /s/ *Sheila K. Oberto*

25

UNITED STATES MAGISTRATE JUDGE

26
27
28